

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
12/12/2018

IN RE:  CASE NO. 16–70463
Victor M Villalpando and Elsa Isabel Anzaldua  CHAPTER 13

  Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*105* – Application to Deposit Unclaimed Funds Filed by Trustee Cindy Boudloche (Attachments: # 1 Proposed Order) (Boudloche, Cindy)

These unclaimed funds may be deposited into the Registry of the Court:

  Amount: $ 19.47
  Owed to: CITY OF MCALLEN TAX OFFICE

Signed and Entered on Docket: 12/12/18.

  by: <u>Kristy Love</u>
  Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.